MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES

STATE FILE NUMBER

# CERTIFICATE OF DEATH

124 -

VS 300 MO 580-2211 (1-10)

| 1. DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last, Suffix) LAVERN MASON | 2. SEX FEMALE | 3. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE HARRIS | 4. ACTUAL OR PRESUMED DATE OF DEATH (Month, Day, Year) JANUARY 04, 2018 |
|---|---|---|---|

| 5. SOCIAL SECURITY NUMBER 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 | 6a. AGE – Last Birthday (Years) 73 | 6b. UNDER 1 YEAR MONTHS / DAYS | 6c. UNDER 1 DAY HOURS / MINUTES | 7. DATE OF BIRTH (Month, Day, Year) OCTOBER 07, 1944 | 8. BIRTHPLACE (City and State or Foreign Country) ST LOUIS, MISSOURI |
|---|---|---|---|---|---|

| 9a. RESIDENCE (COUNTRY) UNITED STATES | (STATE, TERRITORY or PROVINCE) MISSOURI | 9b. COUNTY SAINT LOUIS | 9c. CITY, TOWN OR LOCATION PAGEDALE |
|---|---|---|---|

| 9d. STREET AND NUMBER 1806 FERGUSON AVENUE | 9e. APARTMENT NO. | 9f. ZIP CODE 63133-1816 | 9g. INSIDE CITY LIMITS? ☒ Yes ☐ No |
|---|---|---|---|

| 10. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No | 11. MARITAL STATUS AT THE TIME OF DEATH ☐ Married ☐ Married, but separated ☐ Widowed ☒ Divorced ☐ Never Married ☐ Unknown | 12. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage.) |
|---|---|---|

| 13. FATHER'S NAME (First, Middle, Last, Suffix) RUFUS HARRIS | 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last, Suffix) FANNIE STEWART |
|---|---|

| 15a. INFORMANT'S NAME (First, Middle, Last, Suffix) KENNETH MASON | 15b. RELATIONSHIP TO DECEDENT SON | 15c. MAILING ADDRESS (Street and Number, City, State, ZIP Code) 1806 FERGUSON AVENUE, PAGEDALE, MISSOURI 63133 |
|---|---|---|

### 16. PLACE OF DEATH (Check only one: see instructions.)

| IF DEATH OCCURRED IN A HOSPITAL ☐ Inpatient ☐ Emergency Room/Outpatient ☐ DOA | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL ☐ Hospice Facility ☐ Nursing Home/Long Term Care Facility ☒ Decedent's Home ☐ Other (Specify) |
|---|---|

| 17. FACILITY NAME (If not institution, give street and number) 1806 FERGUSON AVENUE | 18. CITY OR TOWN, STATE AND ZIP CODE PAGEDALE, MISSOURI 63133 | 19. COUNTY OF DEATH SAINT LOUIS |
|---|---|---|

| 20a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | 20b. DATE OF DISPOSITION (Month, Day, Year) JANUARY 12, 2018 | 21. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) LAKE CHARLES CEMETERY | 22. LOCATION (City or Town, State) ST LOUIS COUNTY, MISSOURI |
|---|---|---|---|

| 23. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY LAYNE RENAISSANCE CHAPEL LLC 7302 W FLORISSANT AVE, ST LOUIS, MISSOURI 63136 | 24. SIGNATURE OF FUNERAL SERVICE LICENSEE OR OTHER PERSON ACTING AS SUCH ▶ SHAMARI B JACKSON | 25. FUNERAL ESTABLISHMENT LICENSE NUMBER 2004032060 |
|---|---|---|

| 26. ACTUAL OR PRESUMED TIME OF DEATH 02:58 PM | 27. WAS MEDICAL EXAMINER/CORONER CONTACTED? ☒ Yes ☐ No |
|---|---|

CAUSE OF DEATH (See Instructions and examples in handbook)

28. PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | | Approximate interval: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) ➔ | a. CARDIO-PULMONARY ARREST Due to (or as a consequence of): | SECONDS |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | b. CONGESTIVE HEART FAILURE Due to (or as a consequence of): | MONTHS |
| | c. ARTERIOSCLEROTIC HEART DISEASE Due to (or as a consequence of): | YEARS |
| | d. HYPERTENSIVE HEART DISEASE | YEARS |

| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. POLYARTHRITIS, TYPE 2 DIABETES MELLITUS, CHRONIC KIDNEY DISEASE, HYPERLIPIDEMIA, OLD STROKE, LEFT VENTRICULAR HYPERTROPHY | 29. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No 30. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |
|---|---|

| 31. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☒ No ☐ Probably ☐ Unknown | 32. IF FEMALE ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 33. MANNER OF DEATH ☒ Natural ☐ Homicide ☐ Accident ☐ Pending investigation ☐ Suicide ☐ Could not be determined |
|---|---|---|

| 34. DATE OF INJURY (Month, Day, Year) (Spell Month) | 35. TIME OF INJURY | 36. PLACE OF INJURY (e.g. decedent's home, construction site; restaurant; wooded area) | 37. INJURY AT WORK? ☐ Yes ☐ No |
|---|---|---|---|

| 38a. LOCATION OF INJURY – STATE | 38b. COUNTY | 38c. CITY OR TOWN | 38d. STREET AND NUMBER | 38e. ZIP CODE |
|---|---|---|---|---|

| 39. DESCRIBE HOW INJURY OCCURRED | 40. IF TRANSPORTATION ACCIDENT (SPECIFY) ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |
|---|---|

41. CERTIFIER (CHECK ONLY ONE)
☒ Certifying Physician -- To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner/Coroner -- On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

SIGNATURE ▶ PEGGY B TAYLOR

| 42. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 28) PEGGY B TAYLOR 9352 OLIVE BLVD, ST LOUIS, MISSOURI 63132 | 43. TITLE OF CERTIFIER DO |
|---|---|

| 44. CERTIFIER MO LICENSE NUMBER 0000R0B699 | 45. CERTIFIER NPI NUMBER 1922094135 | 46. DATE CERTIFIED (Month, Day, Year) JANUARY 16, 2018 |
|---|---|---|

| 47. REGISTRAR'S SIGNATURE ▶ CRAIG B. WARD | 48. FOR REGISTRAR ONLY – DATE FILED (Month, Day, Year) JANUARY 17, 2018 |
|---|---|

| 49. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at time of death.) ☒ 8th grade or less ☐ 9th -- 12th grade; no diploma ☐ High school graduate or GED completed ☐ Some college credit, but no degree ☐ Associate degree (e.g., AA, AS) ☐ Bachelor's degree (e.g., BA, AB, BS) ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) ☐ Doctorate (e.g., PhD, EdD) or professional degree (e.g., MD, DDS, DVM, LLB, JD) | 50. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.) ☒ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (Specify) | 51. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be.) ☐ White ☒ Black or African American ☐ American Indian or Alaska Native (Name of the enrolled principal tribe) ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian (Specify) ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander (Specify) ☐ Other (Specify) ☐ Unknown |
|---|---|---|

| 52. DECEDENT'S USUAL OCCUPATION (INDICATE TYPE OF WORK DONE DURING MOST OF WORKING LIFE. DO NOT USE "RETIRED".) ANIMAL CARE TECHNICIAN | 53. KIND OF BUSINESS/INDUSTRY WASHINGTON UNIVERSITY |
|---|---|

### STATEMENT BY LICENSED EMBALMER

☒ EMBALMED ☐ NOT EMBALMED

I hereby certify that the deceased named above was embalmed by me, MARCUS A HARRISON, 2006019737

(Name and Licensee Number)

or by student _____ on JANUARY 04, 2018 working under my personal supervision.

(Name and Licensee Number)    (Date)

| ST LOUIS | MISSOURI |
|---|---|
| City or Town | State |

JANUARY 16, 2018

Date Certified (Month, Day, Year)

NOTE: Failure to comply with embalming requirements constitutes grounds for revocation of license.

OFFICIAL COPY